EMMA PELGRIM, as Administratrix, etc., of BERNARD J. PELGRIM, Deceased, Respondent, v. MILTON J. Ross, Also Known as JUDSON Ross and M. JOHN Ross, Appellant. RUTH Ross, Plaintiff, v. EMMA PELGRIM, Individually and as Administratrix, etc., of BERNARD J. PELGRIM, Deceased, Defendant. (Consolidated Action.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of DANIEL K. WEISKOPF, Respondent, for an Order Appointing a Third Arbitrator in the Arbitration Pending between Himself and LEWIS S. ROSENSTIEL, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, on the ground that the record fails to disclose an enforcible contract to arbitrate. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN G. LONSDALE and Another, Appellants, v. JAMES SPEYER and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ. [174 Misc. 532.]

HARRIET J. WRAY, Respondent, v. NEW YORK HOTELS STATLER Co., INC., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of EDWARD F. TORMEY and Others, Petitioners, Appellants, for an Order Requiring Provision and Payment of Moneys Due Petitioners under and by Virtue of Local Law No. 26 of the Laws of 1937, and Other Applicable Laws, against FIORELLO H. LAGUARDIA, Mayor of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present— Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [172 Misc. 1091.]

In the Matter of the General Assignment for the Benefit of Creditors of DAVID BROWN PRINTING Co., INC., Assignor, to BESSIE LASTFOGEL, Assignee, Respondent. THE CITY OF NEW YORK, Claimant, Appellant; NEW YORK STATE DEPARTMENT OF LABOR, DIVISION OF PLACEMENT AND UNEMPLOYMENT INSURANCE, and THE STATE OF NEW YORK, Claimants, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent, The State of New York. No opinion. Preesnt — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of RIDGEFIELD REFRIGERATION SERVICE, INC., Petitioner, against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Respondent.— Determination annulled, with fifty dollars costs and disbursements to the petitioner, and a refund directed, on the authority of *Matter of Merchants Refrigerating Co.* v. *Taylor* (275 N. Y. 113) and *Matter of 320 West 37th Street, Inc.,* v. *McGoldrick* (281 id. 132). Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to confirm determination.— Settle order on notice.